UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY L. ABRAHAM,

    Plaintiff,

v.                                                      Case No. 18-2137-DDC

HILTON WORLDWIDE, INC., et al.,

    Defendants.

## ORDER

Plaintiff, proceeding pro se, has filed a motion (ECF No. 99) for extension of time to respond to MH Hospitality LLC's interrogatories (ECF No. 60), request for production of documents (ECF No. 61), and requests for admissions (ECF No. 66); and to the court's directive that he file the exhibits that support his pending motion to clarify (ECF No. 88) by September 17, 2018 (ECF Nos. 91 & 98). For the reasons discussed below, the motion is granted in part and denied in part.

In his motion for extension of time, plaintiff explains that in early September 2018 he suffered medical problems and surgical procedures, including a colonoscopy and cystoscopy, that made it too painful for him to focus on this case. Plaintiff states he has "another cystoscopy and colonoscopy coming up in the new few week [sic]."[1]

---

[1] ECF No. 99.

1

Plaintiff first seeks a 60-day extension to his response deadlines for MH Hospitality LLC's discovery requests. The court finds plaintiff has demonstrated a need for a short extension of the deadlines, but declines to grant an extension as lengthy as 60 days without more detailed support for the request (such as a note from plaintiff's physician). Thus, the court extends plaintiff's discovery response deadlines to **October 12, 2018**, the discovery deadline set by the scheduling order.[2] Should any party seek to extend the discovery deadline based on plaintiff's new response deadlines, the party should file a motion demonstrating good cause under Fed. R. Civ. P. 16(b)(4).

Plaintiff next seeks a 60-day extension to the court's directive that he file defendants' responses to plaintiff's requests for interrogatories and requests for admissions. To enable the court to timely rule plaintiff's pending motion to clarify (ECF No. 88), the court concludes that a better approach is simply to have defendants file these discovery responses. Thus, by **September 24, 2018**, defendants are directed to file the discovery responses noted in the following Certificates of Service: ECF Nos. 51-54, 58-59, 62, 64, and 80-81.

IT IS SO ORDERED.

Dated September 18, 2018, at Kansas City, Kansas.

                                                            s/ James P. O'Hara
                                                            James P. O'Hara
                                                            U.S. Magistrate Judge

---

[2] ECF No. 41.