UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY L. ABRAHAM,

    Plaintiff,

v.                                                    Case No. 18-2137-DDC

HILTON WORLDWIDE, INC., et al.,

    Defendants.

## **ORDER NUNC PRO TUNC**

On October 9, 2018, the undersigned issued an Amended Scheduling Order (ECF No. 114). The first sentence of the first full paragraph on the second page of that order read as follows: "The previously extended October 12, 2018 deadline for plaintiff to serve complete, signed responses to defendants' outstanding discovery requests, as more specifically stated in the court's September 18, 2018 order (ECF No. 100), is further extended to October 19, 2019." The reference to the year 2019, rather than 2018, was an

1

obvious typographical error. Both plaintiff[1] and defendants,[2] as well as the court,[3] have subsequently cited that deadline as "October 19, 2018."

IT IS HEREBY ORDERED that the referenced sentence in the Amended Scheduling Order is corrected to read: "The previously extended October 12, 2018 deadline for plaintiff to serve complete, signed responses to defendants' outstanding discovery requests, as more specifically stated in the court's September 18, 2018 order (ECF No. 100), is further extended to October 19, 2018."

   s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge

---

[1] ECF No. 116 at ¶ 21 ("Defendants further took advantage of the fact that I was sick and still sick and in pain and the judge could clearly see it when I was in court but order me to file a response to defendant's non-affirmative defenses, and irrelevant requests by October 19, 2018.").

[2] ECF No. 123 at 3 ("During the status conference hearing on October 9, 2018, Plaintiff was granted a second extension of time to answer until October 19, 2018.").

[3] ECF No. 129 at 2-3 ("Upon plaintiff's oral request at the conference, the undersigned granted plaintiff another extension, this time to October 19, 2018, to respond to outstanding discovery.").